AO 93 (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 04/17)

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

**ORIGINAL**

In the Matter of the Search of
10380 Wilshire Blvd., Apartment
302, Los Angeles, California 90024
*(Briefly describe the property to be searched or identify the person by name and address)*

)
)
) Case No. 2:18-MJ-02970
)
)
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for___days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11-7-18  11:00 AM  _____
                                            *Judge's signature*

City and state: Los Angeles, CA                Honorable Edward A. Infante
                                                *Printed name and title*

AUSA: Michael G. Freedman x 0631

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 11/08/2018 6³⁰ am | Copy of warrant and inventory left with: Svitlana Pluto |
| Inventory made in the presence of : Svitlana Pluto | | |
| Inventory of the property taken and name of any person(s) seized: SEE ATTACHED | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/18/2018

*Executing officer's signature*

ALEXEY D. ABRAHAMS   FBI SA SF
*Printed name and title*

FD-597 (Rev 8-11-94)                      Page 1 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245H-SF-7577766

On (date) 11/8/2018

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) VIN: 4JGED7FB0HA073009

(Street Address) _____

(City) Los Angeles, CA

Description of Item(s): (1) ipad serial DMPTT4AQHP86
(1) Samsung mobile hotspot black and red in color

*Nothing below this line*

Received By: _____ (Signature)  Pamah Cabunxrz

Received From: _____ (Signature)

FD-597 (Rev. 4-13-2015)                          Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 245H-SF-757776G

On (date): 11/08/2018

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) ~~10380 Wilshire Blvd, Apt 302~~ Svetlana Pluto

(Street Address) 10380 Wilshire Blvd, Apt 302

(City) Los Angeles, CA 90024

Description of Item(s):
- Business records
- ~~2 iPads~~ 3 iPads, 1 iPod
- ~~2 iPhones~~ 1 iPhone
- Bank records, escrow records, board of pharmacy records
- 6 GIA reports
- dell laptop
- business registration paperwork and jewelry documents
- 11 watches
- 1 key
- 12 gold colored bars
- 3 necklaces
- $8275 currency
- 2 clear stones

Nothing below this line

Received By: (Signature)
Printed Name/Title: Pamela Schwartz, Special Agent

Received From: (Signature)
Printed Name/Title: Svitlana Pliuto